IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN
CALIFORNIA HEALTH AND WELFARE TRUST
FUND, et al.,

       Plaintiffs,

   v.

PEDRO GERARDO ROSAS ALVARADO,
individually, and dba ROSAS CARPETS,

       Defendant.
_____/

No. C 09-02552 CW

ORDER

Default having been entered as to Pedro Gerardo Rosas Alvarado, dba Rosas Carpets, by the Clerk on July 10, 2009,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for September 13, 2009, is continued to November 24, 2009.

Dated:  7/27/09

_____
CLAUDIA WILKEN
United States District Judge

cc:  Wings

United States District Court
For the Northern District of California