IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> PEDRO GERARDO ROSAS ALVARADO, individually, and dba ROSAS CARPETS, <br><br>   Defendant. _____/ | No. C 09-02552 CW <br><br> **AMENDED** ORDER |

   Default having been entered as to Pedro Gerardo Rosas Alvarado, dba Rosas Carpets, by the Clerk on July 10, 2009,

   IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

   IT IS FURTHER ORDERED that the Case Management Conference previously set for September **15**, 2009, is continued to November 24, 2009.

Dated: 7/27/09

                                 _____
                                 CLAUDIA WILKEN
                                 United States District Judge

cc: Wings